**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000447
15-AUG-2024
12:43 PM
Dkt. 42 OCOR**

CAAP-20-0000447

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


A.S., Petitioner-Appellee, v.
D.S., Respondent-Appellant


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DA NO. 20-1-1236)

ORDER OF CORRECTION
(By:  Leonard, Acting Chief Judge)

IT IS HEREBY ORDERED that the Summary Disposition Order of the court filed on August 13, 2024, is corrected by adding to the top of each page of the Summary Disposition Order the verbiage "NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER".

The Clerk of the Court is directed to incorporate the foregoing change in the original summary disposition order.

DATED:  Honolulu, Hawaiʻi, August 15, 2024.

FOR THE COURT:

/s/ Katherine G. Leonard
Acting Chief Judge